**MARLIN & SALTZMAN, LLP**
Louis M. Marlin, Esq. [SBN 54053]
louis.marlin@marlinsaltzman.com
Hanna B. Raanan, Esq. [SBN: 261014]
hraanan@marlinsaltzman.com
3200 El Camino Real, Suite 100
Irvine, California  92602
Tel: (714) 669-4900 | Fax: (714) 669-4750

**UNITED EMPLOYEES LAW GROUP, P.C.**
Walter Haines, Esq. [SBN 71075]
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Tel: (888) 474-7242 | Fax:  (562) 256-1006

Attorneys for Plaintiff, EDGAR VICERAL, et al.

Joseph A. Schwachter, Esq.
jschwachter@littler.com
R. Keith Chapman, Esq.
kchapman@littler.com
**LITTLER MENDELSON, P.C**.
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Tel: (415) 433-1940 | Fax:  (415) 399-8490

Attorneys for Defendant, MISTRAS GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICERAL, | ) |
| | ) Case Number: 15-cv-02198-EMC |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| v. | ) **JOINT STIPULATION AND** |
| | ) **REQUEST TO CONTINUE** |
| | ) **INITIAL CASE MANAGEMENT** |
| MISTRAS GROUP, INC., | ) **CONFERENCE** |
| | ) |
| | ) **Current Hearing Date:** |
| Defendants. | ) **Date:**       September 3, 2015 |
| | ) **Time:**       9:30 a.m. |
| | ) **Crtrm.:**    5 |
| | ) |

Page **1** of **2**

*Form updated August 2015*

Upon stipulation of the Parties and upon good cause shown, IT IS HEREBY ORDERED that:

1. The September 3, 2015 initial case management conference will be continued until ~~October~~ Nov. 10, 2015 at 9:30 a.m.

2. All deadlines associated with the initial case management conference be continued in accordance with the new date.

IT IS SO ORDERED.

Dated: August 21, 2015



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*Form updated August 2015*