| | |
|---|---|
| Christina Humphrey, Esq., SBN 226326<br>MARLIN & SALTZMAN, LLP<br>29229 Canwood Street, Suite 208<br>Agoura Hills, California 91301<br>Phone: (818) 991-8080<br>Fax: (818) 991-8081<br><br>Carolyn Hunt Cottrell (SBN 166977)<br>Nicole N. Coon (SBN 286283)<br>SCHNEIDER WALLACE<br>COTTRELL KONECKY WOTKYNS LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105<br>ccottrell@schneiderwallace.com<br>ncoon@schneiderwallace.com<br><br>Walter Haines, Esq., SBN 71075<br>UNITED EMPLOYEES LAW GROUP, P.C.<br>5500 Bolsa Ave., Suite 201<br>Huntington Beach, California 92649<br>Phone: (888) 474-7242<br>Fax: (562) 256-1006<br><br>Attorneys for Plaintiffs and<br>the Proposed Class and Collective | Joseph A. Schwachter, SBN 108124<br>R. Keith Chapman, SBN 282331<br>LITTLER MENDELSON, P.C.<br>650 California Street,<br>20th Floor<br>San Francisco, CA 94108.2693<br>Telephone:    415.433.1940<br>Fax No.:    415.399.8490<br><br>Attorneys for Defendant<br>MISTRAS GROUP, INC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR VICERAL, an individual, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>MISTRAS GROUP, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 3:15-cv-02198-EMC<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Current Hearing Date:<br>Date:         November 24, 2015<br>Time:         9:30 a.m.<br>Courtroom:    5<br><br>Complaint Filed:  April 13, 2015<br>Case Removed:    May 15, 2015 |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  Plaintiffs EDGAR VICERAL ("Viceral") and DAVID KRUEGER ("Krueger")
3  (collectively "Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant
4  MISTRAS GROUP, INC. ("Defendant") (collectively, the "Parties"), by and through their
5  respective counsel of record, hereby stipulate and agree as follows:

6  WHEREAS, on April 10, 2015, Plaintiff Krueger filed in the Superior Court of
7  California, County of Kern, a class action complaint entitled *David Krueger, et al. v. Mistras Group,*
8  *Inc., et al.*, No. S-1500-CV-284570 ("*Krueger*");

9  WHEREAS, on April 13, 2015, Plaintiff Viceral filed in the California Superior
10 Court for San Francisco County the above-captioned lawsuit (Dkt. No. 1-2).

11 WHEREAS, on May 15, 2015, Defendant removed this case to the U.S. District
12 Court, Northern District of California (Dkt. No. 1), and on May 18, 2015, Defendant removed the
13 *Krueger* matter to the federal district court of the Eastern District of California, before the Honorable
14 Morrison C. England, Jr.;

15 WHEREAS, on September 9, 2015, Judge England Ordered the *Krueger* matter
16 dismissed without prejudice pursuant to a stipulation between the Parties agreeing to (1) add David
17 Krueger as a Named Plaintiff; (2) add Schneider Wallace Cottrell Konecky Wotkyns LLP as Class
18 Counsel; and (3) add the claims asserted in the *Krueger* action, all of which shall relate back to the
19 date of filing the original complaint, to this Matter;

20 WHEREAS, on October 2, 2015, Plaintiffs filed a Notice of Filing Consent To Join
21 Krueger to this Action;

22 WHEREAS, on October 5, 2015, Plaintiffs provided to Defendant a proposed
23 Consolidated Amended Complaint on behalf of Plaintiffs Viceral and Krueger;

24 WHEREAS, Plaintiffs have not yet filed the proposed Consolidated Amended
25 Complaint;

26 WHEREAS, the Parties have been working to complete all the necessary steps for
27 coordination and filing of the Consolidated Amended Complaint;

28

WHEREAS, the Parties seek to avoid unnecessary motion practice related to the coordination and consolidation of the *Krueger* matter with this matter;

IT IS THEREFORE FURTHER STIPULATED BY COUNSEL FOR PLAINTIFFS AND COUNSEL FOR DEFENDANT, SUBJECT TO APPROVAL BY THIS HONORABLE COURT, AS FOLLOWS:

1. The November 17, 2015 initial case management conference will be continued one week to November 24, 2015, or as soon thereafter as practicable; and

2. All deadlines associated with the initial case management conference be continued in accordance with the new date.

Dated: October 20, 2015       MARLIN & SALTZMAN, LLP
                              UNITED EMPLOYEES LAW GROUP


                              By: */s/ Christina Humphrey*
                                  CHRISTINA HUMPHREY
                                  Attorney for Plaintiff
                                  EDGAR VICERAL

Dated: October 20, 2015       SCHNEIDER WALLACE COTTRELL
                              KONECKY WOTKYNS LLP


                              By: */s/ Carolyn H. Cottrell*
                                  CAROLYN H. COTTRELL
                                  NICOLE N. COON
                                  Attorneys for Plaintiff
                                  DAVID KRUEGER

Dated: October 20, 2015       LITTLER MENDELSON, P.C.


                              By: */s/ R. Keith Chapman*
                                  JOSEPH A. SCHWACHTER
                                  R. KEITH CHAPMAN
                                  Attorneys for Defendant
                                  MISTRAS GROUP, INC.

**[~~PROPOSED~~] ORDER**

Upon stipulation of the Parties and upon good cause shown, IT IS HEREBY ORDERED that:

1. The November 17, 2015 initial case management conference will be continued until November 24, 2015 at 9:30 am., ~~or _____~~, and all associated deadlines will be continued in accordance with this new date.

IT IS SO ORDERED.

Dated: October 22, 2015



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

THE HONORABLE EDWARD M. CHEN
DISTRICT JUDGE, UNITED STATES

Firmwide:136354251.1 063130.1054