STANLEY D. SALTZMAN, Bar No. 090058
CHRISTINA HUMPHREY, Bar No. 226326
LESLIE H. JOYNER, Bar No. 262705
MARLIN & SALTZMAN
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301
Telephone:   818.991.8080
Facsimile:   818.991.8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
ljoyner@marlinsaltzman.com

CAROLYN HUNT COTTRELL, Bar No. 166977
NICOLE NELLESSEN COON, Bar No. 286283
SCHNEIDER WALLACE COTTRELL
       KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone:   415.421.7100
Facsimile:   415.421.7105
ccottrell@schneiderwallace.com
ncoon@schneiderwallace.com

*(Counsel continued on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR VICERAL and DAVID KRUEGER, individually and on behalf of themselves and all others similarly situated,,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MISTRAS GROUP, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 3:15-cv-02198-EMC<br><br>**JOINT STIPULATION AND [P~~ROP~~OSED] ORDER TO CONTINUE ADR DEADLINE**<br><br>Hon. Edward M. Chen |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE ADR DEADLINE

(No. 3:15-cv-02198-EMC)

1  *(Counsel continued from preceding page)*

2  WALTER LEWIS HAINES, Bar No. 71075
   UNITED EMPLOYEES LAW GROUP, P.C.
3  5500 Bolsa Avenue, Suite 201
   Huntington Beach, CA  92649
4  Telephone:     562.256.1047
   Facsimile:     562.256.1006
5  admin@uelglaw.com

6  Attorneys for Plaintiffs and the Putative California Class and Subclass and FLSA Collective

7  JOSEPH A. SCHWACHTER, Bar No. 108124
   ANGELA J. RAFOTH, Bar No. 241966
8  R. KEITH CHAPMAN, Bar No. 282331
   LITTLER MENDELSON, P.C.
9  650 California Street, 20th Floor
   San Francisco, California  94108.2693
10 Telephone:     415.433.1940
   Facsimile:     415.399.8490
11 jschwachter@littler.com
   arafoth@littler.com
12 kchapman@littler.com

13 Attorneys for Defendant
   MISTRAS GROUP, INC.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE ADR DEADLINE**

**(No. 3:15-cv-02198-EMC)**

Plaintiffs Edgar Viceral and David Krueger and Defendant Mistras Group, Inc., by and through their attorneys, MARLIN & SALTZMAN, SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP, and UNITED EMPLOYEES LAW GROUP, P.C. and LITTLER MENDELSON, P.C. respectively, stipulate and agree to continue the deadline for completion of alternative dispute resolution, currently scheduled for March 24, 2016, to April 5, 2016.

WHEREAS, on November 24, 2015, the Parties appeared before the Court for their initial case management conference ("CMC");

WHEREAS, at the initial CMC the Parties agreed to submit this matter for private mediation before mediator Mark S. Rudy, Esq.;

WHEREAS, following the initial CMC, the Parties requested Mr. Rudy's availability for a private mediation;

WHEREAS, on November 30, 2015, Mark Rudy's office identified April 5, 2016, as Mr. Rudy's earliest availability for mediation;

WHEREAS, on December 1, 2015, the Parties reserved April 5, 2016, for private mediation;

WHEREAS, on December 4, 2015, the Parties filed a Joint Proposed Schedule Pursuant to November 24, 2015 CMC and Minute Order identifying that they intended to participate in private mediation before mediator Mark Rudy on April 5, 2015;

WHEREAS, on December 30, 2015, the Court issued its Case Management and Pretrial Order for Jury Trial, ordering alternative dispute resolution completed by March 24, 2016, twelve (12) days before the Parties' April 5, 2016 mediation date;

NOW, THEREFORE, the parties respectfully request a continuance of the deadline for completion of alternative dispute resolution, currently scheduled for March 24, 2016, to April 5, 2016.

**IT IS SO STIPULATED.**

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE

(No. 3:15-cv-02198-EMC)

Dated: December 31, 2015

        /s/ *Christina Humphrey*
STANLEY D. SALTZMAN
CHRISTINA HUMPHREY
LESLIE H. JOYNER
MARLIN & SALTZMAN
Attorneys for Plaintiffs and the Putative California Class and Subclass and FLSA Collective

Dated: December 31, 2015

        /s/ *Carolyn Hunt Cottrell*
CAROLYN HUNT COTTRELL
NICOLE NELLESSEN COON
SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP
Attorneys for Plaintiffs and the Putative California Class and Subclass and FLSA Collective

Dated: December 31, 2015

        /s/ *R. Keith Chapman*
JOSEPH A. SCHWACHTER
ANGELA J. RAFOTH
R. KEITH CHAPMAN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MISTRAS GROUP, INC.

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE**     2.     **(No. 3:15-cv-02198-EMC)**

FOR GOOD CAUSE SHOWN, AND FOR THE REASONS SET FORTH IN THE STIPULATION FILED CONCURRENTLY AND ABOVE, THE COURT HEREBY ORDERS:

A continuance of the deadline for completion of alternative dispute resolution, currently scheduled for March 24, 2016, to April 5, 2016.

**IT IS SO ORDERED.**

Date: 1/11/16 _____
IT IS SO ORDERED
Judge Edward M. Chen

Firmwide:137793432.2 063130.1061

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR DEADLINE**   (No. 3:15-cv-02198-EMC)