STANLEY D. SALTZMAN, Bar No. 090058
CHRISTINA HUMPHREY, Bar No. 226326
TINA MEHR, Bar No. 275659
MARLIN & SALTZMAN
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301
Telephone:   818.991.8080
Facsimile:   818.991.8081
ssaltzman@marlinsaltzman.com
chumphrey@marlinsaltzman.com
tmehr@marlinsaltzman.com

CAROLYN HUNT COTTRELL, Bar No. 166977
NICOLE N. COON, Bar No. 286283
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone:   415.421.7100
Facsimile:   415.421.7105
ccottrell@schneiderwallace.com
ncoon@schneiderwallace.com

Attorneys for Plaintiffs and the Settlement California
Class and FLSA Collective

*(Counsel continued on next page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EDGAR VICERAL and DAVID KRUEGER, individually and on behalf of all others similarly situated, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>MISTRAS GROUP, INC.<br><br>        Defendant. | Case Number: 3:15-CV-02198-EMC<br><br>**JOINT STATUS REPORT, NOTICE OF SETTLEMENT, AND STIPULATION AND [PROPOSED] ORDER TO VACATE ALL PENDING DATES AND SET PRELIMINARY APPROVAL SCHEDULE** (Revised)<br><br>Date:      May 12, 2016<br>Time:      10:30 a.m.<br>Courtroom: 5<br>Judge:     Hon. Edward M. Chen |

[ADDITIONAL PLAINTIFFS' COUNSEL AND
DEFENDANT'S COUNSEL ON FOLLOWING PAGE]

*Additional Plaintiffs' Counsel*

UNITED EMPLOYEES LAW GROUP, P.C.
Walter Haines, Esq., SBN 71075
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Phone: (888) 474-7242 | Fax:  (562) 256-1006

Attorneys for Plaintiffs and the Settlement California
Class and FLSA Collective

*Defendant's Counsel*

LITTLER MENDLESON, P.C
Joseph A. Schwachter (SBN 108124)
R. Keith Chapman (SBN 282331)
Angela J. Rafoth (SBN 241966)
333 Bush Street, 34th  Floor
San Francisco, CA 94108.2693
Telephone:    415.399.8490
Fax No.:        415.399.8490

Attorneys for Defendant MISTRAS GROUP, Inc.

Plaintiffs Edgar Viceral and David Kruger, on behalf of themselves and all other similarly situated, ("Plaintiffs") and Defendant Mistras Group, Inc. ("Defendant"), Parties to the above-entitled action, jointly submit this JOINT STATUS REPORT, NOTICE OF SETTLEMENT, AND STIPULATION AND [PROPOSED] ORDER TO VACATE ALL PENDING DATES AND SET PRELIMINARY APPROVAL SCHEDULE. The Parties submit this joint report pursuant to the Court's December 30, 2015 Case Management and Pretrial Order for Jury Trial (Dkt. No. 43) and the Clerk's January 13, 2016 Notice (Dkt. No. 46). The Parties further submit this stipulation to vacate all pending dates and set preliminary approval schedule pursuant to this Court's Standing Order No. 4.

The Parties hereby inform the Court that they have reached agreement on the material terms of a settlement of this action. Accordingly, the Parties intend to cease all litigation activities and prepare a formal settlement agreement and motion for preliminary approval of settlement for the Court's consideration. The Parties estimate that the motion for preliminary approval will be filed within 30 days. In light of the above, the Parties jointly request that the Court vacate all pending dates, including those set forth in the Court's December 30, 2015 Case Management and Pretrial Order for Jury Trial (Dkt. No. 43) and the Clerk's January 13, 2016 Notice (Dkt. No. 46). The Parties also request that the Court set a briefing and hearing schedule for the preliminary approval motion.

The Parties submit the following stipulation in support of their requests:

WHEREAS, on April 10, 2015, Plaintiff Krueger filed in the Superior Court of California, County of Kern, a class action complaint entitled *David Krueger, et al. v. Mistras Group, Inc., et al.*, No. S-1500-CV-284570 ("*Krueger*");

WHEREAS, on April 13, 2015, Plaintiff Viceral filed in the California Superior Court for San Francisco County the above-captioned lawsuit (Dkt. No. 1-2);

WHEREAS, on May 15, 2015, Defendant removed this case to the U.S. District Court, Northern District of California (Dkt. No. 1), and on May 18, 2015, Defendant removed the

1    *Krueger* matter to the federal district court of the Eastern District of California, before the

2    Honorable Morrison C. England, Jr.;

3           WHEREAS, on September 9, 2015, Judge England Ordered the *Krueger* matter

4    dismissed without prejudice pursuant to a stipulation between the Parties agreeing to (1) add

5    David Krueger as a Named Plaintiff; (2) add Schneider Wallace Cottrell Konecky Wotkyns

6    LLP as Class Counsel; and (3) add the claims asserted in the *Krueger* action, all of which shall

7    relate back to the date of filing the original complaint, to this Matter;

8           WHEREAS, on October 2, 2015, Plaintiffs filed a Notice of Filing Consent To Join

9    Krueger to this Action;

10          WHEREAS, on November 24, 2015, Plaintiffs filed a Consolidated Amended

11    Complaint on behalf of Plaintiffs Viceral and Krueger (Dkt. No. 38);

12          WHEREAS, on November 25, 2015, the Court held the Initial Case Management

13    Conference, at which the Court instructed the Parties to submit a proposed case schedule to the

14    Court (Dkt. No. 39);

15          WHEREAS, on December 4, 2015, the Parties filed their Joint Proposed Schedule

16    Pursuant to November 24, 2015 CMC and Minute Order (Dkt. No. 41), in which the Parties

17    noted that they would participate in private mediation before mediator Mark Rudy on April 5,

18    2016;

19          WHEREAS, on December 30, 2015, the Court issued a Case Management Scheduling

20    Order, setting forth the schedule for this matter (Dkt. No. 43);

21          WHEREAS, on January 11, 2016, the Court issued an order pursuant to a stipulation

22    filed by the Parties, modifying its December 30, 2015 order to allow the Parties to participate in

23    mediation on April 5, 2016 (Dkt. No. 45);

24          WHEREAS, the Parties participated in mediation on April 5, 2016 before mediator

25    Mark Rudy and thereafter continued settlement negotiations facilitated by the mediator,

26    ultimately culminating in a settlement;

27

28

JOINT STATUS REPORT, NOTICE OF SETTLEMENT, AND STIPULATION AND [PROPOSED] ORDER TO
VACATE ALL PENDING DATES AND SET PRELIMINARY APPROVAL SCHEDULE
Case No. 3:15-CV-02198-EMC

WHEREAS, the Parties intend to cease all litigation activities and prepare a formal settlement agreement and motion for preliminary approval of settlement for the Court's consideration and accordingly jointly request that the Court vacate all pending dates, including those set forth in the Court's December 30, 2015 Case Management and Pretrial Order for Jury Trial (Dkt. No. 43) and the Clerk's January 13, 2016 Notice (Dkt. No. 46);

WHEREAS, the Parties estimate that the motion for preliminary approval will be filed within 30 days and accordingly also request that the Court set a briefing and hearing schedule for the preliminary approval motion.

IT IS THEREFORE FURTHER STIPULATED BY COUNSEL FOR PLAINTIFFS AND COUNSEL FOR DEFENDANT, SUBJECT TO APPROVAL BY THIS HONORABLE COURT, AS FOLLOWS:

1. All pending dates, including those set forth in the Court's December 30, 2015 Case Management and Pretrial Order for Jury Trial (Dkt. No. 43) and the Clerk's January 13, 2016 Notice (Dkt. No. 46), are vacated;

2. Plaintiffs' Motion for Preliminary Approval shall be filed by June 2, 2016; and

3. The hearing on Plaintiffs' Motion for Preliminary Approval shall take place before this Court on June 2~~3~~ 30, 2016 at 1:30 p.m.

Dated: May 4, 2016

MARLIN & SALTZMAN, LLP
UNITED EMPLOYEES LAW GROUP


By: */s/ Christina Humphrey*

CHRISTINA HUMPHREY

Attorneys for Plaintiff EDGAR VICERAL

JOINT STATUS REPORT, NOTICE OF SETTLEMENT, AND STIPULATION AND [PROPOSED] ORDER TO VACATE ALL PENDING DATES AND SET PRELIMINARY APPROVAL SCHEDULE
Case No. 3:15-CV-02198-EMC

Dated: May 4, 2016

SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP

By: */s/ Carolyn H. Cottrell*

CAROLYN H. COTTRELL

Attorneys for Plaintiff DAVID KRUEGER

Dated: May 4, 2016

LITTLER MENDELSON, P.C.

By: */s/ Joseph A. Schwachter*

JOSEPH A. SCHWACHTER
R. KEITH CHAPMAN

Attorneys for Defendant MISTRAS GROUP,
INC.

JOINT STATUS REPORT, NOTICE OF SETTLEMENT, AND STIPULATION AND [PROPOSED] ORDER TO
VACATE ALL PENDING DATES AND SET PRELIMINARY APPROVAL SCHEDULE
Case No. 3:15-CV-02198-EMC

**[PROPOSED] ORDER VACATING ALL PENDING DATES AND SETTING PRELIMINARY APPROVAL SCHEDULE**

Having considered the stipulation between counsel for Plaintiffs Edgar Viceral and David Kruger, on behalf of themselves and all other similarly situated, ("Plaintiffs") and Defendant Mistras Group, Inc. ("Defendant") (collectively "the Parties") to vacate all pending dates in this matter as a result of the Notice of Settlement, and good cause appearing therefore, the Court hereby ORDERS all pending dates vacated, including the Status Conference set for May 12, 2016.

In addition, pursuant to the Parties' stipulation to set a preliminary approval schedule, the Court hereby ORDERS the following briefing and hearing schedule for the preliminary approval of the class and collective-wide Settlement reached between the Parties in this matter:

- Plaintiffs' Motion for Preliminary Approval shall be filed by June 2, 2016.
- The hearing on Plaintiffs' Motion for Preliminary Approval shall take place before this Court on June ~~23,~~ 30 2016 at 1:30 p.m.

**IT IS SO ORDERED.**   (as modified)

Dated: May ___6___, 2016



THE HONORABLE EDWARD M. CHEN
DISTRICT JUDGE, UNITED STATES
DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Firmwide:140286281.1 063130.1061