1 Stanley D. Saltzman, Esq. (SBN 090058)
  William A. Baird , Esq. (SBN 192675)
2 Tina Mehr, Esq. (SBN 275659)
  MARLIN & SALTZMAN, LLP
3 29229 Canwood Street, Suite 208
  Agoura Hills, California 91301
4 Telephone:      (818) 991-8080
  Facsimile:      (818) 991-8081
5 ssaltzman@marlinsaltzman.com
  chumphrey@marlinsaltzman.com
6 tmehr@marlinsaltzman.com

7 Carolyn Hunt Cottrell (SBN 166977)
  Nicole N. Coon (SBN 286283)
8 SCHNEIDER WALLACE
  COTTRELL KONECKY WOTKYNS LLP
9 2000 Powell Street, Suite 1400
  Emeryville, California 94608
10 Telephone:      (415) 421-7100
   Facsimile:      (415) 421-7105
11 ccottrell@schneiderwallace.com
   ncoon@schneiderwallace.com
12
   Walter Haines, Esq. (SBN 71075)
13 UNITED EMPLOYEES LAW GROUP, P.C.
   5500 Bolsa Ave., Suite 201
14 Huntington Beach, California 92649
   Telephone:      (888) 474-7242
15 Facsimile:      (562) 256-1006

16 Attorneys for Plaintiffs
   and the Putative California Class and FLSA Collective
17

18                   **UNITED STATES DISTRICT COURT**

19                 **NORTHERN DISTRICT OF CALIFORNIA**

20 EDGAR VICERAL and DAVID          )   Case No. 3:15-cv-02198-EMC
   KRUEGER, individually and on behalf of )
21 all others similarly situated,   )   **JOINT STIPULATION AND ORDER TO**
                                     )   **ADJUST DEADLINE TO FILE MOTION FOR**
22              Plaintiffs,          )   **PRELIMINARY APPROVAL OF CLASS AND**
                                     )   **COLLECTIVE ACTION SETTLEMENT**
23         v.                        )
                                     )
24 MISTRAS GROUP, INC.; and DOES 1-50, )
   inclusive,                        )
25                                   )
              Defendant.             )
26                                   )
                                     )
27 _____ )

28
                                      1

1       Plaintiffs Edgar Viceral and David Krueger and Defendant Mistras Group, Inc., by

2 and through their attorneys, MARLIN & SALTZMAN, SCHNEIDER WALLACE COTTRELL

3 KONECKY WOTKYNS LLP, and UNITED EMPLOYEES LAW GROUP, P.C. and LITTLER

4 MENDELSON, P.C. respectively, stipulate and agree to continue the deadline for Plaintiffs to file their

5 Motion for Preliminary Approval of a Class and Collective Action Settlement from June 2, 2016 July 5,

6 2016;

7       WHEREAS, the parties attended a private mediation on April 5, 2016, with mediator Mark S.

8 Rudy, Esq.;

9       WHEREAS, the parties were unable to reach a settlement at the mediation;

10       WHEREAS the parties continued to negotiate and on April 21, 2016, reached a settlement;

11       WHEREAS, as a part of the settlement Defendant is entitled to a reasonable opportunity to

12 review completed drafts of the preliminary approval motion prior to filing;

13       WHEREAS, despite Plaintiffs best efforts, certain portions of the documents are not ready to be

14 exchanged;

15       WHEREAS, the parties are confident that the documents will be ready to be filed filed shortly if

16 the parties are given a short adjustment of time to file the documents;

17       NOW, THEREFORE, the parties respectfully request a continuance of the deadline

18       for completion of the time to file Plaintiffs' motion preliminary approval of a class action

19 and collective action settlement from June 2, 2016 to July 5, 2016. The hearing for Plaintiffs'

20 Preliminary Approval of A Collective and Class Action Settlement which is currently set for June

21 30, 2016, is vacated.  The new hearing date for the Motion will be August 3, 2016 or a date

22 thereafter convenient for the Court.

23       **IT IS SO STIPULATED**.

24 Dated: June 1, 2016

25                           /s/ Stanley D. Saltzman

                           STANLEY D. SALTZMAN

26                           MARLIN & SALTZMAN

27                           Attorneys for Plaintiffs and the Putative

                           California Class and Subclass and FLSA

28                            Collective

1

Dated: June 1, 2016

2
/s/ Carolyn Hunt Cottrell
CAROLYN HUNT COTTRELL
NICOLE NELLESSEN COON

3
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP

4
Attorneys for Plaintiffs and the Putative

5
California Class and Subclass and FLSA
Collective

6

Dated: June 1, 2016

7
/s/ R. Keith Chapman
JOSEPH A. SCHWACHTER

8
ANGELA J. RAFOTH
R. KEITH CHAPMAN

9
LITTLER MENDELSON, P.C.

10
Attorneys for Defendant
MISTRAS GROUP, INC.

11

**SIGNATURE ATTESTATION**

12

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is

13

acceptable to Carolyn Hunt Cottrell and R. Keith Chapman, and I obtained authorization from each

14

of them to affix each of their signatures to this document.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

FOR GOOD CAUSE SHOWN, AND FOR THE REASONS SET FORTH IN THE

3

STIPULATION FILED CONCURRENTLY AND ABOVE, THE COURT HEREBY ORDERS:

4

Plaintiffs' Deadline to file their Motion For Preliminary Approval of A Collective and Class

5

Action Settlement is continued from June 2, 2016 to July 5, 2016.  The hearing for Plaintiffs'

6

Preliminary Approval of A Collective and Class Action Settlement which is currently set for June

7

30, 2016, is vacated.  The new hearing date for the Motion will be A~~ugust 3, 2016~~ or _____.   August 4, 2016

8

9

IT IS SO ORDERED.

10

11

Date:_____   6/3/16

12

_____ D M. CHEN

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28