Stanley D. Saltzman, Esq. (SBN 090058)
William A. Baird, Esq. (SBN 192675)
Tina Mehr, Esq. (SBN 275659)
MARLIN & SALTZMAN, LLP
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone:    (818) 991-8080
Facsimile:    (818) 991-8081
ssaltzman@marlinsaltzman.com
tmehr@marlinsaltzman.com

Carolyn Hunt Cottrell (SBN 166977)
Nicole N. Coon (SBN 286283)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone:    (415) 421-7100
Facsimile:    (415) 421-7105
ccottrell@schneiderwallace.com
ncoon@schneiderwallace.com

Walter Haines, Esq. (SBN 71075)
UNITED EMPLOYEES LAW GROUP, P.C.
5500 Bolsa Ave., Suite 201
Huntington Beach, California 92649
Telephone:    (888) 474-7242
Facsimile:    (562) 256-1006

Attorneys for Plaintiffs
and the Putative California Class and FLSA Collective

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR VICERAL and DAVID KRUEGER, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>MISTRAS GROUP, INC.; and DOES 1-50, inclusive,<br><br>         Defendant. | Case No. 3:15-cv-02198-EMC<br><br>**JOINT STIPULATION AND ORDER TO ADJUST DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

Plaintiffs Edgar Viceral and David Krueger and Defendant Mistras Group, Inc., by and through their attorneys, MARLIN & SALTZMAN, SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP, and UNITED EMPLOYEES LAW GROUP, P.C. and LITTLER MENDELSON, P.C. respectively, stipulate and agree to continue the deadline for Plaintiffs to file their Motion for Preliminary Approval of a Class and Collective Action Settlement from July 5, 2016 to July 22, 2016;

WHEREAS, the Parties have exchanged all relevant documents and are almost ready to file the papers;

WHEREAS, the parties require a short extension of time to finalize the Settlement and Approval Papers;

NOW, THEREFORE, the parties respectfully request a continuance of the deadline for Plaintiffs' to file their motion for Preliminary Approval of a Class Action and Collective Action settlement from July 5, 2016 to July 19, 2016.  The parties further respectfully request that the hearing date for the motion which is currently set for August 4, 2016, be reset to August 18, 2016, or a date thereafter that is convenient for the Court.

**IT IS SO STIPULATED**.

Dated: July 5, 2016                                /s/ Stanley D. Saltzman
                                                               STANLEY D. SALTZMAN
                                                               MARLIN & SALTZMAN, LLP
                                                               Attorneys for Plaintiffs and the Putative
                                                               California Class and FLSA
                                                               Collective

Dated: July 5, 2016                                /s/ Carolyn Hunt Cottrell
                                                               CAROLYN HUNT COTTRELL
                                                               NICOLE NELLESSEN COON
                                                               SCHNEIDER WALLACE COTTRELL
                                                               KONECKY WOTKYNS LLP
                                                               Attorneys for Plaintiffs and the Putative
                                                               California Class and FLSA Collective

Dated: July 5, 2016                                /s/ Joseph A. Schwachter
                                                               JOSEPH A. SCHWACHTER

ANGELA J. RAFOTH
R. KEITH CHAPMAN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MISTRAS GROUP, INC.

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Carolyn Hunt Cottrell and Joseph A. Schwachter and I obtained authorization from each of them to affix each of their signatures to this document.

# [PR~~OP~~OSED] ORDER

FOR GOOD CAUSE SHOWN, AND FOR THE REASONS SET FORTH IN THE STIPULATION FILED CONCURRENTLY AND ABOVE, THE COURT HEREBY ORDERS:

Plaintiffs' Deadline to file their Motion For Preliminary Approval of A Collective and Class Action Settlement is continued from July 5, 2016 to July 19, 2016. The hearing for the motion which is currently set for August 4, 2016, is reset to August 18, 2016 ~~or~~ at 1:30 p.m.

IT IS SO ORDERED.

Date: 7/7/2016

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Edward M. Chen
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
4

Joint Stipulation To Adjust Deadline To File Motion For Preliminary Approval
of Class and Collective Action Settlement
Case No. 3:15-cv-02198-EMC