Stanley D. Saltzman, Esq. (SBN 090058)
William A. Baird, Esq. (SBN 192675)
MARLIN & SALTZMAN, LLP
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone:    (818) 991-8080
Facsimile:    (818) 991-8081
ssaltzman@marlinsaltzman.com
tbaird@marlinsaltzman.com

Carolyn Hunt Cottrell (SBN 166977)
Nicole N. Coon (SBN 286283)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone:    (415) 421-7100
Facsimile:    (415) 421-7105
ccottrell@schneiderwallace.com
ncoon@schneiderwallace.com

Walter Haines, Esq. (SBN 71075)
UNITED EMPLOYEES LAW GROUP, P.C.
5500 Bolsa Ave., Suite 201

Huntington Beach, California 92649
Telephone:    (888) 474-7242
Facsimile:    (562) 256-1006

Attorneys for Plaintiffs
and the Settlement California Class and FLSA Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR VICERAL and DAVID KRUEGER, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>MISTRAS GROUP, INC.; and DOES 1-50, inclusive,<br><br>       Defendant. | **CASE NO. 3:15-cv-02198-EMC**<br>**(Assigned to Hon. Edward M. Chen)**<br><br>**CLASS ACTION**<br><br>**[PR~~OPO~~SED] SUPPLEMENTAL ORDER ON PRELIMINARY APPROVAL REGARDING NOTICE AND FINAL APPROVAL HEARING DATES AND DEADLINES** |

On October 11, 2016, the Court issued its Order Granting Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement. Therein, the Court directed the Parties to file an updated proposed order setting forth all relevant dates and deadlines following the Court's Order. This Order sets forth all dates and deadlines triggered by the Court's October 11, 2016 Order.

Specifically, the Court HEREBY APPROVES and ADOPTS the following dates and deadlines:

| | |
|---|---|
| Date of preliminary approval of the Settlement as to California Class and approval of the Settlement as to the FLSA Class | October 11, 2016 |
| Defendant to provide the Settlement Administrator the most recent names, last known residence addresses and telephone numbers, and social security numbers for all Class Members, as well as their dates of employment in Covered Positions including but not limited to work week information. | October 26, 2016<br><br>(Within 15 Calendar days following the Date of Preliminary Approval) |
| Mail Notice Packets to California Class by first class mail.<br><br>Prior to Mailing, Settlement Administrator to complete any skip trace or other address searched for all Class Members, including updating any contact information. | No later than November 7, 2016<br><br>(Within 10 Calendar days after receiving the Class Member List And Contact Information) |
| Deadline to file Motion for approval of the Fee and Expense Award and the Service Payments, with the appropriate declarations and supporting evidence | December 8, 2016 |
| Deadline for:<br><br>*** California Class Members to opt-out of Settlement.<br><br>*** California Class Members to file any objections to the settlement.<br><br>*** California Class Members to file a notice of intention to appear at the Final Approval Hearing. | No later than December 22, 2016<br><br>(45 days after Notice Packets are mailed.) |
| Deadline for Class Counsel to provide Defendant's counsel with draft of Motion for Final Approval for Review | December 26, 2016 |

| | |
|---|---|
| Deadline to file Motion for Final Approval | December 29, 2016 |
| Settlement Administrator to provide Declaration Re: Administration of the Settlement | January 26, 2016<br>(7 Calendar days prior to Final Approval Hearing) |
| Hearing on Motion for Final Approval | February 2, 2017 at 1:30 p.m. |
| Effective Date | The latter of: (a) the date of final affirmance of an appeal of the Order and Final Judgment; (b) the date of final dismissal of any appeal from the Order and Final Judgment or the final dismissal of any proceeding on certiorari to review the Order and Final Judgment; (c) if objections to the Settlement are filed that are not subsequently withdrawn, and no appeal is filed, five days after the expiration date of the time for the filing or noticing of any appeal from the Order and Final Judgment; or (d) if no objections to the Settlement are filed, or if any objections are filed but subsequently withdrawn, the date the Court enters the Final Approval Order and Judgment |
| Defendant will provide the Settlement Administrator with sufficient funds to make all payments due to Plaintiff, Class Counsel, the LWDA, the Settlement Administrator, and the California and FLSA Class members, plus any owed Payroll Taxes | No later than 3 business days after the Effective Date |
| The Settlement Administrator will mail or wire any award of Fees, Expenses, and/or Service Payments | No later than 14 calendar days after the Effective Date |
| The Settlement Administrator will mail or wire payment to the California Class Members | No later than 14 calendar days after the Effective Date |
| The Settlement Administrator will mail or wire payment to the LWDA | No later than 14 calendar days after the Effective Date |
| Settlement Administrator shall provide Class Counsel and Defendant's Counsel with a final statement listing all FLSA Class Members and identifying the number of weeks worked by each FLSA Class Member, and the approximate Settlement award to each FLSA Class Member | 5 business days before the FLSA Class Notices are sent |

| | |
|---|---|
| FLSA Settlement Awards shall be paid by the Settlement Administrator to FLSA Class Members and checks to be accompanied by the FLSA Class Notice.<br><br>Prior to Mailing, Settlement Administrator to complete any skip trace or other address searched for all Class Members, including updating any contact information. | 15 Calendar days after the occurrence of the Effective Date |
| Settlement Administrator to stop payment on uncashed checks for California Class Members and FLSA Class Members and transmit funds to the State of California's Unclaimed Property Fund | 180 days after mailing of awards |

IT IS SO ORDERED.

Dated: 10/19/2016

IT IS SO ORDERED

Judge Edward M. Chen