Stanley D. Saltzman, Esq. (SBN 090058)
William A. Baird, Esq. (SBN 192675)
MARLIN & SALTZMAN, LLP
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone:   (818) 991-8080
Facsimile:   (818) 991-8081
ssaltzman@marlinsaltzman.com
tbaird@marlinsaltzman.com

Carolyn Hunt Cottrell (SBN 166977)
Nicole N. Coon (SBN 286283)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone:   (415) 421-7100
Facsimile:   (415) 421-7105
ccottrell@schneiderwallace.com
ncoon@schneiderwallace.com

Walter Haines, Esq. (SBN 71075)
UNITED EMPLOYEES LAW GROUP, P.C.
5500 Bolsa Ave., Suite 201
Huntington Beach, California 92649
Telephone:    (888) 474-7242
Facsimile:    (562) 256-1006

Attorneys for Plaintiffs
and the Settlement California Class and FLSA Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR VICERAL and DAVID KRUEGER, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>MISTRAS GROUP, INC.; and DOES 1-50, inclusive,<br><br>   Defendant. | **CASE NO. 3:15-cv-02198-EMC**<br>**(Assigned to Hon. Edward M. Chen)**<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND ENHANCEMENT AWARDS**<br><br>DATE: February 2, 2017<br>TIME:  1:30 p.m.<br>CTRM: 5 |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on Thursday February 2, 2017, at 1:30 p.m. in Courtroom 5, 17th Floor of the Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Edward M. Chen of the United States District Court, Northern District of California, Plaintiffs Edgar Viceral and David Krueger, on behalf of themselves and all others similarly situated, ("Plaintiffs") move the Court for an award of attorneys' fees, costs, and enhancement awards.[1]

Specifically, Plaintiffs seek an order for:

(1) an award to Class Counsel Schneider Wallace Cottrell Konecky Wotkyns LLP, Marlin & Saltzman, LLP, and United Employees Law Group, P.C. of $2,000,000.00 (one-third of the Settlement Amount) in attorneys' fees under a common fund approach;

(2) an award to Class Counsel of $44,575.02 in actual costs; and

(3) enhancement awards to the Named Plaintiffs in the amount of $7,500.00 to Named Plaintiff Edgar Viceral and $1,000.00 to Named Plaintiff David Krueger for their service as Class Representatives.

Pursuant to the Joint Stipulation of Settlement and Release ("Settlement Agreement") (ECF Dkt. No. 70-2), § 216(b) of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. ("FLSA"), and California wage and hour law, including but not limited to California Labor Code §§ 226(e), 1194(a), 2802, 2699, and California Code of Civil Procedure § 1021.5, Plaintiffs are authorized to apply for an award of reasonable attorneys' fees and costs. Defendant Mistras Group, Inc. ("Defendant") does not oppose Class Counsel's requested amount of fees and costs or the enhancement awards.

This Motion is based on this Notice, the Brief in Support of Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Enhancement Awards, the Declaration of Carolyn Hunt Cottrell ("Cottrell Decl."), the Declaration of Stan Saltzman ("Saltzman Decl."), the Declaration of Plaintiff David Krueger ("Krueger Decl."), the Declaration of Plaintiff Edgar Viceral ("Viceral Decl."), and

---

[1] Pursuant to the Court's August 2, 2016 Order RE Supplemental Briefing on Plaintiffs' Motion for Preliminary Approval (ECF Dkt. No. 71), a copy of this Motion is available on the Administrator's website at http://www.simpluris.net/pages/case-info.aspx.

all other records, pleadings, and papers on file in this action and such other evidence or argument as may be presented to the Court at this hearing on this Motion.

Date: December 8, 2016

Respectfully submitted,

*/s/ Nicole N. Coon*

CAROLYN HUNT COTTRELL
NICOLE N. COON

SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP

Attorneys for Plaintiffs and the Settlement
California Class and FLSA Class

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Dated:  December 8, 2016          /s/ *Nicole N. Coon*

                                  NICOLE N. COON

                                  SCHNEIDER WALLACE
                                  COTTRELL KONECKY WOTKYNS LLP