1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR VICERAL and DAVID KRUEGER, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>MISTRAS GROUP, INC.; and DOES 1-50, inclusive,<br><br>          Defendants. | **CASE NO. 13:15-CV-02198-EMC**<br>(Hon. Edward M. Chen)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] JUDGMENT** |

On this ____ day of February, 2017, it is HEREBY ADJUDGED AND DECREED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58 AS FOLLOWS:

(1) On February ___, 2017, this Court entered the Order Granting Final Approval of California Class Action Settlement and Motion for Attorneys' Fees, Costs, and Enhancement Awards (the "Final Approval Order").

(2) For the reasons stated in the above-referenced Final Approval Order, judgment is entered accordingly in this case, and the case is hereby dismissed with prejudice.

(3) The Clerk shall file this Final Judgment on the docket of this case.

**IT IS SO ORDERED.**

DATED:_____

                                     Hon. Edward M. Chen
                                     United States District Judge