**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 090058)
William A. Baird, Esq. (SBN 192675)
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone:    (818) 991-8080
Facsimile:     (818) 991-8081
ssaltzman@marlinsaltzman.com
tbaird@marlinsaltzman.com

**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
Carolyn Hunt Cottrell, Esq. (SBN 166977)
Nicole N. Coon, Esq. (SBN 286283)
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone:    (415) 421-7100
Facsimile:     (415) 421-7105
ccottrell@schneiderwallace.com
ncoon@schneiderwallace.com

**UNITED EMPLOYEES LAW GROUP, P.C.**
Walter Haines, Esq. (SBN 71075)
5500 Bolsa Avenue, Suite 201
Huntington Beach, California 92649
Telephone:    (888) 474-7242
Facsimile:     (562) 256-1006

Attorneys for Plaintiffs
and the Settlement California Class and FLSA Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR VICERAL and DAVID KRUEGER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MISTRAS GROUP, INC.; and DOES 1-50, inclusive,<br><br>Defendant. | **CASE NO. 3:15-cv-02198-EMC**<br>**(Assigned to Hon. Edward M. Chen)**<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF STAN SALTZMAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CALIFORNIA CLASS ACTION SETTLEMENT**<br><br>DATE:    February 2, 2017<br>TIME:    1:30 p.m.<br>CTRM:    5 |

I, Stan Saltzman, Esq., declare as follows:

I am an attorney at law licensed to practice in the State of California and in this United States District Court. I am a founding Partner of Marlin & Saltzman, LLP attorneys of record for Plaintiffs. I make this declaration in support of Plaintiffs' Unopposed Motion for Final Approval of California Class Action Settlement ("Motion"). I testify to the foregoing facts of my own personal knowledge and, if called as a witness, could and would testify competently thereto under oath.

## THE SETTLEMENT IS FAIR, ADEQUATE, AND REASONABLE

1. In support of Plaintiffs' Motion, Plaintiffs' cite my declaration filed in support of Plaintiffs' Motion for Preliminary Approval. (Docket No. 70-1). This declaration, along with the Declaration of Co-Counsel Carolyn Hunt Cottrell filed in connection with this Motion, extensively lays out the terms of the Settlement, the events leading up to it, and the events that occurred in this action thereafter. Further, the declaration I filed in support of Plaintiffs' Fee Motion lays out additional information including my firm's extensive experience and history related to class action litigation. (Docket No. 88). Rather than repeat those facts here, I incorporate them by reference.

2. For the many reasons set forth at preliminary approval, the settlement was felt by class counsel to represent a fair and equitable result for the case, bearing in mind both the risks and benefits of potential further litigation. Indeed, the final Settlement is the product of extensive negotiations between the Parties conducted at arms-length and is free from collusion. The Parties on both sides are represented by experienced class action attorneys with specialized knowledge of both class action and employment law. In order to reach the final Settlement, the Parties debated, discussed, and resolved many difficult legal and factual issues. Moreover, during the process the Parties were both required to make reasonable compromises in light of the facts, issues, and risks presented in this Action. In particular, in reaching the Settlement, Class Counsel considered the uncertainty and risks of further litigation, and the difficulties inherent in such litigation. Class Counsel also considered the burdens of proof necessary to achieve certification of the case, and then to establish liability against Defendant and to defeat its defenses. All of these factors indicated that the best interests of the Class Members would be served by a settlement of this Action in the manner and upon the terms set forth in the Settlement Agreement.

3. The average payout for a California class member is $1,921.21, and the highest estimated payment is $6,101.17.  For the FLSA Collective Action Members, the average estimated payment is $270.37 and the highest estimated payment is $788.45.  For those persons receiving both a California payment and an FLSA payment, the average estimated payment is $2,498.75, and the highest estimated payment is $6,889.62.  As evidenced by lack of any objections to the settlement, and the extremely low exclusion request rate (only 6 valid exclusions to date), the class members believe that these payouts are real, tangible, and apparently appreciated.

I declare under penalty of perjury, pursuant to the laws of the United States and of the State of California that the forgoing is true and correct and to the best of my personal knowledge. This declaration is executed on December 29, 2016, at Agoura Hills, California.

          s/ Stanley D. Saltzman
          Stanley D. Saltzman